## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JOHN V. OCHELLO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:22-cv-413-TFM-N |
| | ) |
| **STATE FARM FIRE & CASUALTY CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED, and DECREED** that summary judgment is entered in favor of Defendant State Farm Fire & Casualty Company and against Plaintiff John V. Ochello. Accordingly, this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 20th day of March, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE